UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERALD BOWES, *individually and on behalf of all others similarly situated,*

                              Plaintiff,

-v-

VENTURE GLOBAL, INC., *et al.*,

                             Defendants.

25 Civ. 1364 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 17, 2025, plaintiff Gerald Bowes filed this putative class action "on behalf of himself and all other shareholders that purchased stock pursuant and/or traceable to Venture's registration statement for the initial public offering held on or about January 24, 2025." Dkt. 1 ("Compl.") ¶ 1. The Complaint alleges violations of Sections 11 and 15 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §§ 77k and 77o. *Id.* On April 18, 2025, plaintiffs Ricky Varni, Nathaniel A. Tarnor, Parnia Farokhian, Rodney P. Bicknell, Carl A. Conner, Kevin McVey & Todd Havill, Pompano Beach Police & Firefighters Retirement System, and Illinois Municipal Retirement Fund, filed motions and memoranda of law in support of their separate bids to serve as lead plaintiff. *See* Dkts. 11–35; *see also* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.").

Any opposition to any of the pending motions is to be filed no later than May 19, 2025. Any reply is to be filed by June 2, 2025. As stated in the stipulation so-ordered by the Court on March 11, 2025, within 14 days of the Court's appointment of a lead plaintiff, counsel for the lead plaintiff and defendants shall meet and confer regarding scheduling and shall submit a

stipulation for the Court's approval with the parties' proposed schedule for the filing of any amended complaint or motion to dismiss.

SO ORDERED.

                                                                            *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2025
       New York, New York