

**Francis P. McConville**
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
212.907.0650
fmcconville@labaton.com

June 4, 2025

**By ECF**

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *FirstFire Global Opportunities Fund, LLC v. Venture Global, Inc.*, No. 25-cv-04642-GHW

Dear Judge Gregory H. Woods:

      I write on behalf of proposed Lead Plaintiff, Illinois Municipal Retirement Fund ("IMRF"), to notify the Court that IMRF's motion for appointment as Lead Plaintiff and approval of selection of counsel is unopposed. ECF Nos. 3, 51. Therefore, IMRF respectfully requests that the Court enter an order appointing IMRF as Lead Plaintiff in this Action and appointing its counsel, Labaton Keller Sucharow LLP, as Lead Counsel for the class so that IMRF can coordinate with Defendants in moving this case forward.

      IMRF is aware of Defendants' letter requesting that this action be transferred Judge Paul A. Engelmayer, who was assigned the now dismissed *Bowes v. Venture Global, Inc.*, et al., No. 25-cv-01364 (S.D.N.Y.) ("*Bowes* Action"). IMRF takes no position on which judge should be assigned to oversee the present Action, however, IMRF does not concede that this Action and the dismissed *Bowes* Action are "essentially the same" pursuant to Rule 4(b) or "related" pursuant to Rule 13(a) of this District's Rules for the Division of Business Among District Judges.

      IMRF stands ready, willing, and able to serve as Lead Plaintiff in front of whichever judge this Action is ultimately assigned.

      Thank you for your time and consideration.

Respectfully,

*/s/ Francis P. McConville*
Francis P. McConville

cc:    Counsel of Record (via ECF)
       Honorable P. Kevin Castel
       Honorable Paul A. Engelmayer



New York | Delaware | Washington, D.C.